02-12-041-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00041-CV

 

 


 
 
 In the Interest of J.M.C. and R.J.C., Children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 322nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s motion to dismiss appeal. 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 February 23, 2012









[1]See Tex. R. App. P. 47.4.